IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFREY J. ROSARIO,**

    *Petitioner*,

v.                                                    Case No.: 4:24cv215-MW/MJF

**RICKY D. DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus, ECF No. 5, challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Jefrey Roasario*, Leon County Circuit Court Case No. 2011-CF-002123A, is **DISMISSED without prejudice** for lack of

jurisdiction." The Clerk shall close the file.

**SO ORDERED on August 22, 2024.**

**s/Mark E. Walker  
Chief United States District Judge**
